

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00340-CV

| | | |
|---|---|---|
| Keiwuan Mitchell and Coquessa Mitchell | § | From County Court at Law No. 1 |
| | § | of Tarrant County (2014-004310-1) |
| v. | § | December 1, 2016 |
| Mary Louise Newton | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Keiwuan Mitchell and Coquessa Mitchell shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
    Justice Bill Meier